IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| DENISE SCOTT,<br>　　Plaintiff, | Case No. LACV076521 |
| v. | PETITION AND JURY DEMAND |
| PORTFOLIO RECOVERY ASSOC, LLC,<br>　　Defendant. | |

Plaintiff Denise Scott, by her attorney Ray Johnson, for her claims against the Defendant states:

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer against Defendant Portfolio Recovery Associates, LLC. (hereafter "Portfolio") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and for violations of Iowa Code § 537.7103.

## II. PARTIES

2. Plaintiff Scott is a natural person residing in Rogers, AR.
3. Defendant, Portfolio, is a business engaged in the collection of debts in the state of Iowa.
4. Portfolio is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).
5. Venue is proper in Johnson County
6. The amount in dispute exceeds $6000.

## III. FACTUAL ALLEGATIONS

1

**EXHIBIT 1**

7. Scott owes no debt whatsoever that Portfolio is collecting.

8. On or about November 5, 2013, Portfolio instructed the _____ to serve a wage garnishment on Scott's employer.

9. Scott's wages were in fact garnished even though Portfolio had no legal right to do so.

10. Portfolio used Scott's social security number to garnish her wages from Walmart for repayment of a different Denise Scott's debt.

## IV. FIRST CLAIM FOR RELIEF

11. All facts and allegations of this Complaint are incorporated herein by reference.

12. Portfolio violated the FDCPA, 15 U.S.C. § 1692c. Portfolio's violations include, but are not limited to, the following:

    a. Portfolio violated 15 U.S.C. § 1692c(b) by communicating the existence of an alleged debt to her employer without her consent or to effectuate a valid post-judgment remedy.

    b. Portfolio violated 15 U.S.C. § 1692e by using a false, deceptive or misleading means to collect a debt, including but not limited to the character, amount or legal status of a debt; and the representation or implication that nonpayment of any debt will result in the garnishment of wages; threatening to take an action that cannot legally be taken; communicating to a person credit information that should be known to be false;

    c. Portfolio violated 1692f by using unfair or unconscionable means to collect or attempt to collect a debt.

13. As a result of the above violations of the FDCPA, Portfolio is liable to Scott for statutory damages, actual damages, including damages for emotional distress, costs and attorney's fees.

**WHEREFORE**, Scott respectfully requests that judgment be entered against Portfolio for the following:

A. Actual damages;

B. Statutory damages pursuant to 15 U.S.C. § 1692k.

C. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k.

D. For such other relief as the Court deems appropriate in the circumstances.

## V. SECOND CLAIM FOR RELIEF

14. All facts and allegations of this Complaint are incorporated herein by reference.

15. Portfolio is a "creditor" as defined in Iowa Code § 537.7102(2).

16. The alleged obligation of Scott to Portfolio is a "debt" as defined by Iowa Code § 537.7102(3).

17. Portfolio is a "debt collector" engaged in "debt collection" as defined by Iowa Code §§ 537.7102(4) and (5).

18. The foregoing acts, omissions and practices of Portfolio are violations of Iowa Code § 537.7103, including but not limited to:

   a. Portfolio violated Iowa Code § 537.7103(1)(f) by taking action prohibited by this chapter or any other law.

    b. Portfolio violated Iowa Code § 537.7103(1)(e) by serving a garnishment notice on payment containing a false threat that wages would be garnished as a result of nonpayment.

    c. Portfolio violated Iowa Code § 537.7103(3)(a) by communicating to her employer about the fact of an alleged debt without her written permission.

    d. Portfolio violated Iowa Code § 537.7103(1)(c) making a false accusation to a person that a debtor is willfully refusing to pay a just debt.

    e. Portfolio violated Iowa Code § 537.7103(4)(e) by making a representation which tends to create a false impression about the character, extent or amount of a debt, or its status in a legal proceeding.

    f. Portfolio violated 537.7103(5)(d) by collecting or attempting to collect interest or other charges, fees or expenses not legally chargeable to Scott.

19. As a result of the above violations of the Iowa Code, Portfolio is liable to Scott for statutory damages, actual damages, including damages for emotional distress, costs and attorney's fees.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Portfolio for the following:

A. Actual damages.

B. Statutory damages.

C. Costs and reasonable attorney's fees.

D. For such other relief as the Court deems appropriate in the circumstances.

## VI. JURY DEMAND

Plaintiff hereby demands a jury on all issues triable to a jury.

Respectfully submitted,

*[signature]*

RAY JOHNSON AT0004019
JOHNSON LAW FIRM
950 Office Park Rd., Suite 221
West Des Moines, Iowa 50265
Phone: 515-224-7090
Fax: 515-222-2656
Johnsonlaw29@aol.com

*FILED 2014 JUN 19 AM 8:17 CLERK DISTRICT COURT JOHNSON COUNTY, IOWA*