**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| DENISE SCOTT, | ) | Case No. 3:14-cv-00093-JEG-SBJ |
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
|     Defendant. | ) | |

Plaintiff and Defendant, by and through undersigned counsel, hereby stipulate and agree that the Court may enter an Order dismissing the action in the above-captioned case, with prejudice, with each party to bear her or its own costs.

DATED this 17th day of November, 2015.

DENISE SCOTT, Plaintiff

By: _____
Ray Johnson, AT0004019
Johnson Law Firm
950 Office Park Road, Suite 221
West Des Moines, Iowa 50265
Telephone: (515) 224-7090
Fax: (515) 222-2656
E-mail: johnsonlaw29@aol.com

PORTFOLIO RECOVERY ASSOCIATES, LLC, Defendant

By: /s/ Joshua C. Dickinson
Joshua C. Dickinson, AT0009512
Spencer Fane LLP
12925 West Dodge Road, Suite 107
Omaha, NE 68154
Telephone: (402) 965-8600
Fax: (402) 965-8601
E-mail: jdickinson@spencerfane.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Southern District of Iowa, this 17th day of November, 2015, with notice of case activity generated and sent electronically to all counsel of record.